IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

<u>David A. Belluck</u>
Plaintiff(s)

Case Number: <u>08-0237(RWR)</u>

vs

<u>Mary E. Peters Secretary of Transportation</u>
Defendant(s)

### AFFIDAVIT OF SERVICE

I, Mark Simons, hereby certify that on April 9, 2008 at 3:37 PM, I executed service of process upon **W.T. LEE, GENERAL CLERK OF US DEPARTMENT OF JUSTICE** at 950 Pennsylvania Ave NW, Washington, DC 20340-0001 by delivering to and leaving with personally, copies of Summons In A Civil Case, Complaint.

W.T. Lee is described as a Black Female, approximately 5' 7" tall, 150-160 pounds, Brown eyes, Black hair, and 52 years of age. The undersigned further certifies that my place of business is: 7715 Huntsman Blvd., Springfield, VA 22153; 703-451-5555; that I am over the age of 18 years; and that I am not a party to this action.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing information is true and correct. Executed on April 10, 2008.

Date April 10, 2008.

_____
Mark Simons

Commonwealth of Virginia, County of Fairfax
Subscribed and sworn to before me on April 10, 2008.

_____

My Commission Expires: 05/31/09
Reg. #105386

Ref.# 81376