IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

David A. Belluck
Plaintiff(s)

Case Number: 08-0237(RWR)

vs

Mary E. Peters Secretary of Transportation
Defendant(s)

### AFFIDAVIT OF SERVICE

I, Mark Simons, hereby certify that on April 9, 2008 at 3:14 PM, I executed service of process upon **Lakesha Carroll, Docket Clerk of UNITED STATES ATTORNEY FOR THE DISTRICT OF COLUMBIA** at 501 3rd Street NW, Room 4500, Washington, DC, 20001 by delivering to and leaving with personally, copies of Summons In A Civil Case, Complaint.

Lakesha Carroll is described as a Black Female, approximately 5' 8" tall, 180-190 pounds, Brown eyes, Black hair, and 32 years of age. The undersigned further certifies that my place of business is: 7715 Huntsman Blvd., Springfield, VA 22153; 703-451-5555; that I am over the age of 18 years; and that I am not a party to this action.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing information is true and correct. Executed on April 10, 2008.

Date April 10, 2008.

_____
Mark Simons

Commonwealth of Virginia, County of Fairfax
Subscribed and sworn to before me on April 10, 2008.

_____

My Commission Expires: 05/31/09
Reg. #105386

Ref.# 81375