UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____   )
                              )
**DAVID A. BELLUCK,**         )
                              )
    **Plaintiff,**          )
                              )
    v.                      )   Civil Action No. 08-237 (RWR)
                              )
**MARY E. PETERS,**           )
                              )
    **Defendant.**          )
_____   )

### ORDER TO SHOW CAUSE

On April 9, 2008, the defendant was served with the complaint. The defendant has not filed a response, and plaintiff has failed to seek entry of default or other sanctions. Accordingly, it is hereby

ORDERED that plaintiff shall show cause in writing by July 7, 2008 why this case should not be dismissed for want of prosecution. If appropriate, plaintiff may satisfy this order by securing entry of default, and filing and serving on defendant either a motion for default judgment with a proposed final default judgment, or a motion for an order directing the defendant to show cause in writing why the allegations of the complaint should not be deemed admitted under Federal Rule of Civil Procedure 8(b)(6) due to defendant's failure to respond to them.

- 2 -

SIGNED this 26th day of June, 2008.

```
                          /s/
          RICHARD W. ROBERTS
          United States District Judge
```