IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID A. BELLUCK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 08-237 (RWR) |
| ) | |
| MARY E. PETERS, ) | |
| ) | |
| Defendant. ) | |

**PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE**

On June 26, 2008, Counsel for Plaintiff received, via facsimile, a copy of the Court's Order to Show Cause ("Order"), dated June 26, 2008. The Order directs that Plaintiff shall, by July 7, 2008, show cause in writing why this case should not be dismissed for want of prosecution.

According to the Order, the defendant was served with the complaint on April 9, 2008, and has not filed a response to the complaint. Plaintiff's Counsel arranged for service of process through Advanced Process Service, Inc., 7715 Huntsman Blvd., Springfield, Virginia ("Process Service"). On April 11, 2008, Plaintiff's Counsel received written proof of service in the form of Affidavit of Service from Process Service, confirming execution of service of process to the Office of the United States Attorney, the Attorney General, and the U.S. Department of Transportation, attached as Exhibit 1.

On May 14, 2008, Plaintiff's Counsel received a letter dated May 13, 2008 from Madelyn E. Johnson, Esq., Deputy Chief, Civil Division, Office of the U.S. Attorney, attached as Exhibit 2. According to the letter, her office, on April 9, 2008, received a

hand delivered summons and complaint, but the summons was undated and unsigned by the Clerk of the District Court, and did not bear the Court's seal.

 Ms. Johnson and Plaintiff's Counsel have communicated about this matter, and wish to assure the Court that proper service was effected on June 30, 2008. Plaintiff's Counsel informs the Court, on behalf of himself and Ms. Johnson, that because they have consulted with respect to the Court's Order, and have worked to resolve the lack of proper service, it would not be appropriate to seek either a default judgment against defendant or a dismissal for want of prosecution.

 Return of service was in error and that correction, as of June 30, 2008, has now been noted on the docket. As there was no proper service after all, as of April 8, 2008, there can be no default. Knowing that service needed to be done, it would, respectfully, have been a waste of the Court's time to have filed for default. Nor, obviously, is a motion for default appropriate at this time.

 Respectfully submitted,

/s/_____
Larry J. Stein, Bar No. 397397
2009 N. Fourteenth Street, Suite 708
Arlington, Virginia 22201
703/812-7880
703/424-7670 (facsimile)
Attorney for Plaintiff



**U.S. Department of Justice**

Jeffrey A. Taylor
United States Attorney

*District of Columbia*

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

May 13, 2008

Larry J. Stein
2009 North 14th St.
Suite 708
Arlington, VA 22201

　　　Re:　Belluck v. Peters 08-0237 (RWR) (D.D.C.)

Dear Mr. Belluck::

　　　On April 9, 2008 we received a hand delivered summons and complaint for the above-referenced civil action. The "summons" that was included in this is undated, is unsigned by the Clerk of the District Court or any Deputy Clerk, and does not bear the Court's seal. Thus, it is apparent that the summons was not issued by the Clerk's Office and does not comply with the requirements of Fed. R. Civ. P. 4(a). Furthermore, as of this morning, the Court's electronic civil docket for the above-captioned case does not indicate that any summons has been issued by the Clerk. Consequently, the summons that was sent to our Office is invalid and ineffective to trigger any obligation for defendants to file a responsive pleading. It wold be greatly appreciated if you could correct the return of service affidavit that was filed on April 15, 2008.

　　　To the extent that your correspondence was intended to effect service on the United States Attorney's Office, service is insufficient because it was not accomplished in accordance with the applicable Federal Rule of Civil Procedure. In this connection, we direct your attention to Rule 4(i)(l) of the Federal Rules of Civil Procedure, which requires that service on the United States Attorney for the District in which a civil action is brought may be accomplished by hand delivery of the summons and complaint to the United States Attorney, or an Assistant United States Attorney or clerical employee designated to receive service on the United States Attorney's behalf. In this Office, the United States Attorney has designated the Secretary, or acting Secretary, to the Chief of the Civil Division, as well as the Secretaries to the Deputy Chiefs of the Division, as persons to whom hand-delivery of a summons and complaint may be made. Alternatively, Rule 4(i)(1) permits service to be accomplished by sending the summons and complaint by registered or certified mail addressed to the "Civil Process Clerk" at the Office of the United States Attorney.

   We also call your attention to Fed. R. Civ. P. 4(i)(2)(A), which requires that a copy of the summons and complaint be served separately, by registered or certified mail, on any agency of the United States, any officer or employee of the United States who is sued in his official capacity, and on the Attorney General of the United States.

   Rule 12(a)(3)(A) of the Federal Rules of Civil Procedure allows the United States to file an answer within 60 days after service upon the United States Attorney. The time for a response to your client's complaint will, therefore, not begin to run until proper service has been effected.

   If you have any questions about this matter, please do not hesitate to contact Assistant United States Attorney Madelyn Johnson at (202) 514-7135.

             Sincerely,

             Jeffery A. Taylor
             United States Attorney

      By:

             Madelyn E. Johnson
             Deputy Chief, Civil Division

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

David A. Belluck
Plaintiff(s)

Case Number: 08-0237(RWR)

vs

Mary E. Peters Secretary of Transportation
Defendant(s)

### AFFIDAVIT OF SERVICE

I, Mark Simons, hereby certify that on April 9, 2008 at 3:37 PM, I executed service of process upon **W.T. LEE, GENERAL CLERK OF US DEPARTMENT OF JUSTICE** at 950 Pennsylvania Ave NW, Washington, DC 20340-0001 by delivering to and leaving with personally, copies of Summons In A Civil Case, Complaint.

W.T. Lee is described as a Black Female, approximately 5' 7" tall, 150-160 pounds, Brown eyes, Black hair, and 52 years of age. The undersigned further certifies that my place of business is: 7715 Huntsman Blvd., Springfield, VA 22153; 703-451-5555; that I am over the age of 18 years; and that I am not a party to this action.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing information is true and correct. Executed on April 10, 2008.

Date April 10, 2008.

_____
Mark Simons


Commonwealth of Virginia, County of Fairfax
Subscribed and sworn to before me on April 10, 2008.

_____

My Commission Expires: 05/31/09
Reg. #105386


Ref.# 81376

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

David A. Belluck
Plaintiff(s)

Case Number: 08-0237(RWR)

vs

Mary E. Peters Secretary of Transportation
Defendant(s)

### AFFIDAVIT OF SERVICE

I, Mark Simons, hereby certify that on April 9, 2008 at 2:36 PM, I executed service of process upon **MICHELLE R. CURRY, STAFF ASSISTANT/GENERAL COUNSEL OFFICE OF U.S. DEPARTMENT OF TRANSPORTATION** at 1200 New Jersey Avenue SE, Washington, DC 20590 by delivering to and leaving with personally, copies of Summons In A Civil Case, Complaint.

Michelle R. Curry is described as a Black Female, approximately 5' 6" tall, 180-190 pounds, Brown eyes, Black hair, and 35 years of age. The undersigned further certifies that my place of business is: 7715 Huntsman Blvd., Springfield, VA 22153; 703-451-5555; that I am over the age of 18 years; and that I am not a party to this action.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing information is true and correct. Executed on April 10, 2008.

Date April 10, 2008.

_____
Mark Simons

Commonwealth of Virginia, County of Fairfax
Subscribed and sworn to before me on April 10, 2008.

_____

My Commission Expires: 05/31/09
Reg. #105386

Ref.# 81374

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

David A. Belluck
Plaintiff(s)

Case Number: 08-0237(RWR)

vs

Mary E. Peters Secretary of Transportation
Defendant(s)

### AFFIDAVIT OF SERVICE

I, Mark Simons, hereby certify that on April 9, 2008 at 3:14 PM, I executed service of process upon **Lakesha Carroll, Docket Clerk of UNITED STATES ATTORNEY FOR THE DISTRICT OF COLUMBIA** at 501 3rd Street NW, Room 4500, Washington, DC, 20001 by delivering to and leaving with personally, copies of Summons In A Civil Case, Complaint.

Lakesha Carroll is described as a Black Female, approximately 5' 8" tall, 180-190 pounds, Brown eyes, Black hair, and 32 years of age. The undersigned further certifies that my place of business is: 7715 Huntsman Blvd., Springfield, VA 22153; 703-451-5555; that I am over the age of 18 years; and that I am not a party to this action.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing information is true and correct. Executed on April 10, 2008.

Date April 10, 2008.

_____
Mark Simons

Commonwealth of Virginia, County of Fairfax
Subscribed and sworn to before me on April 10, 2008.

_____

My Commission Expires: 05/31/09
Reg. #105386

Ref.# 81375