IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

David A. Belluck
Plaintiff(s)

Case Number: 08-0237(RWR)

vs

Mary E. Peters Secretary of Transportation
Defendant(s)

AFFIDAVIT OF SERVICE

I, Edwin L. Jarnagin, hereby certify that on June 30, 2008 at 2:05 PM, I executed service of process upon **DONNA MONROE, GCII, AUTHORIZED TO ACCEPT SERVICE OF THE HONORABLE MICHAEL MUKASEY, UNITED STATES ATTORNEY GENERAL** at 950 Pennsylvania Ave NW, Washington, DC 20530, by delivering to and leaving with personally, copies of Summons In A Civil Case, Complaint.

Donna Monroe is described as a Black Female, approximately 5' 8" tall, 180-190 pounds, Brown eyes, Black hair, and 51 years of age. The undersigned further certifies that my place of business is: 808 L Street SE, Suite B, Washington, DC 20003-3629; that I am 62 years of age, Date of Birth 3/14/46; and that I am not a party to this action.

The cost of service is $75.00

I declare under the penalty of perjury under the laws of the United States of America that the foregoing information is true and correct. Executed on July 2, 2008.

Date July 2, 2008.

Edwin L. Jarnagin

WASHINGTON, THE DISTRICT OF COLUMBIA
Subscribed and sworn to before me on July 2, 2008.

My Commission Expires: 10-31-2011

Ref.# 82700