# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

David A. Belluck
 Plaintiff(s)

Case Number: 08-0237(RWR)

vs

 Mary E. Peters Secretary of Transportation
Defendant(s)

## AFFIDAVIT OF SERVICE

I, Edwin L. Jarnagin, hereby certify that on June 30, 2008 at 3:30 PM, I executed service of process upon **PAUL S. SMITH, SENIOR TRIAL ATTORNEY, AUTHORIZED TO ACCEPT SERVICE OF MARY E. PETERS SECRETARY OF TRANSPORTATION** at 1200 New Jersey Ave SE, Washington, DC 20590, by delivering to and leaving with personally, copies of Summons In A Civil Case, Complaint.

Paul S. Smith is described as a White Male, approximately 6' tall, 160-170 pounds, Blue eyes, Grey hair, and 57 years of age. The undersigned further certifies that my place of business is: 808 L Street SE, Suite B, Washington, DC 20003-3629; that I am 62 years of age, Date of Birth 3/14/46; and that I am not a party to this action.

The cost of service is $75.00

I declare under the penalty of perjury under the laws of the United States of America that the foregoing information is true and correct. Executed on July 2, 2008.

Date July 2, 2008.

Edwin L. Jarnagin

RECEIVED
2008 JUL - 2 PM 3: 01
US DISTRICT & BANKRUPTCY COURTS CLERK

WASHINGTON, THE DISTRICT OF COLUMBIA
Subscribed and sworn to before me on July 2, 2008.

My Commission Expires: 10-31-2011

Ref.# 82698